UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
SEP 22 2010

MO10CR0271

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. |
| | ) **I N D I C T M E N T** |
| Plaintiff, | ) |
| | ) [Vio: 18 U.S.C. § 2422(b) - |
| | )   Coercion and Enticement; |
| V. | ) 18 U.S.C. § 1470 - |
| | )   Sending obscene material to |
| | )   minor under 16 years old] |
| MICHAEL ANGELO CAVAZOS, | ) |
| | ) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 2422(b)]

That from on or about September 1, 2009 to on or about September 1, 2010, in the Western District of Texas, the Defendant,

**MICHAEL ANGELO CAVAZOS,**

did use any facility of interstate and foreign commerce, to wit: the internet, a cellular telephone, and telephone lines, to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which CAVAZOS could be prosecuted under Texas Penal Code Sections 21.11 - Indecency With a Child and 43.25 - Sexual Performance by a Child, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
[18 U.S.C. § 1470]

That in or about May or June 2010, in the Western District of Texas, the Defendant,

**MICHAEL ANGELO CAVAZOS,**

did use any facility of interstate and foreign commerce, to wit: a cellular telephone, and telephone lines, to knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

A violation of Title 18, United States Code, Section 1470.

A TRUE BILL.

Original signed by the
foreperson of the Grand Jury

FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

AUSTIN M. BERRY
Assistant United States Attorney

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO10CR0271

| | |
|---|---|
| SEALED: | UNSEALED: XX |
| COUNTY: Crane | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: September 22, 2010 | MAG CT #: N/A  10-MJ-300 | FBI #: |
| CASE NO: MO-10-CR- | ASSISTANT U.S. ATTORNEY: AUSTIN M. BERRY |
| DEFENDANT: MICHAEL ANGELO CAVAZOS | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXX | |
| CITIZENSHIP: USC     INTERPRETER NEEDED  No   LANGUAGE: | |
| DEFENSE ATTORNEY: LAURA CARPENTER | APPOINTED |
| DEFENDANT IS: | |
| DATE OF ARREST: September 1, 2010 | BENCH WARRANT: XXX |
| PROBATION OFFICER: | |
| NAME AND ADDRESS OF SURETY: | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | |
| PROSECUTION BY: Indictment | |
| OFFENSE (Code and Description): Ct. 1 - 18 USC 2422(b) - Coercion and enticement, Ct. 2 - 18 USC 1470 - Transfer of obscene material to a minor under 16 years old | |
| OFFENSE IS: FELONY | |
| MAXIMUM SENTENCE: Ct. 1 - A term of imprisonment of 10 years, not to exceed life; a 5 year minimum mandatory term of supervised release, not to exceed life; a fine not to exceed $250,000; and a $100 mandatory special assessment. Ct. 2 - A term of imprisonment not to exceed 10 years; a 5 year minimum mandatory term of supervised release, not to exceed life; a fine not to exceed $250,000; and a $100 mandatory special assessment. | |
| PENALTY IS MANDATORY: As stated above. | |
| REMARKS: AGENT: S/A Juanita Santana Immigration & Customs Enforcement P.O. Box 60405 Midland, Texas 79711-0405 432-617-0386 ofc 432-617-0380 fax | |