PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS


FILED
NOV 0 2 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Angelo Cavazos          Case Number: 7:10CR00271-001

Name of Sentencing Judicial Officer: The Honorable Robert Junell, United States District Judge

Date of Original Sentence: March 11, 2012

Original Offense: Sending Obscene Material to Minor Under 16 years old, in violation of 18 U.S.C. § 1470

Original Sentence: 48 months custody of BOP followed by 20 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: October 24, 2014

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total of _____ years.
☒ To modify the conditions of supervision as follows:

Upon approval of the court, the following condition shall be added:

> The defendant shall submit to periodic polygraph testing at the instruction of the probation officer as a means to ensure compliance with the requirements of supervision.

**CAUSE**

It is recommended that the listed condition be added. The defendant has recently completed and was successfully discharged from sex offender treatment. The defendant will submit to a yearly polygraph to ensure compliance with his requirements of supervision.

Approved:

Respectfully submitted,

Keith Thompson
Supervising U.S. Probation Officer
Telephone: (432) 686-4060, Ext. 0314

Tremane Peel
Senior U.S. Probation Officer
Telephone: (432) 686-4060, Ext. 0327
Date: October 16, 2017

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other _____

The Honorable Robert Junell

Senior United States District Judge

11-2-17
Date

PROB 49
(3/89)

# United States District Court

Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The following condition is to be added:**

> **The defendant shall submit to periodic polygraph testing at the instruction of the probation officer as a means to ensure compliance with the requirements of supervision.**

Witness _____  Signed _____
        *(U.S. Probation Officer)*              *(Probationer or Supervised Releasee)*

                        10-16-17
                        *(Date)*